**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01582-CV

## IN THE INTEREST OF K.A.F., D.A.F., AND A.L.F., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-18472-Z**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, within five days of the date of this order, a supplemental clerk's record containing a copy of the trial court's January 11, 2013 findings of fact and conclusions of law. *See* TEX. R. APP. P. 34.5(c)(1). Because this is an accelerated appeal, no extensions will be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to email a copy of this Order to Dallas County District Clerk Gary Fitzsimmons.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE